**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marybeth Zelinsky  
                Debtor(s)

CHAPTER 7

BKY. NO. 20-10217 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING LLC and index same on the master mailing list.

                Respectfully submitted,  
                **/s/ Rebecca A. Solarz Esquire**  
                Rebecca A Solarz, Esquire  
                Kevin G. McDonald, Esquire  
                KML Law Group, P.C.  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106-1532  
                (215) 627-1322