*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marybeth Zelinsky
    Debtor(s)

Case No: 20−10217−pmm
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

**** NOTICE OF RE−SCHEDULED HEARING DATE ****

Motion for Relief from Stay
re: 436 Buttonwood Street, N. Catasauqua PA 18032
filed by Bayview Loan Servicing LLC
represented by REBECCA ANN SOLARZ (Counsel)

on: 4/14/20

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  3/30/20

Timothy B. McGrath
Clerk of Court

18 − 13
Form 167