United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marybeth Zelinsky  
    Debtor

Case No. 20-10217-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: John     Page 1 of 1     Date Rcvd: Mar 30, 2020  
                         Form ID: 167     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
```
db            +Marybeth Zelinsky,    436 Buttonwood St.,    N. Catasauqua, PA 18032-2222
14451087       Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
14470683      +Bayview Loan Servicing, LLC,    C/O Rebecca A. Solarz, Esquire,    KML Law Group,
               701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:
```
              JOHN R.K. SOLT    on behalf of Debtor Marybeth  Zelinsky jsolt.soltlaw@rcn.com,
               rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,  rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marybeth Zelinsky
    Debtor(s)

Case No: 20–10217–pmm

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

**** NOTICE OF RE–SCHEDULED HEARING DATE ****

Motion for Relief from Stay
re: 436 Buttonwood Street, N. Catasauqua PA 18032
filed by Bayview Loan Servicing LLC
represented by REBECCA ANN SOLARZ (Counsel)

on: 4/14/20

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  3/30/20

Timothy B. McGrath
Clerk of Court

18 – 13
Form 167