# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marybeth Zelinsky <br>       Debtor <br><br> BAYVIEW LOAN SERVICING LLC <br>       Movant <br>    vs. <br><br> Marybeth Zelinsky <br>       Debtor <br><br> Robert H. Holber Esq. <br>       Trustee | CHAPTER 7 <br><br><br> NO. 20-10217 PMM <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Stay of BAYVIEW LOAN SERVICING LLC, which was filed with the Court on or about **February 20, 2020 at Document No. 13**.

            Respectfully submitted,

            **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            215-627-1322

April 20, 2020