Certificate Number: 14912-PAE-DE-034412433

Bankruptcy Case Number: 20-10217



14912-PAE-DE-034412433

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 4, 2020</u>, at <u>7:24</u> o'clock <u>AM EDT</u>, <u>Marybeth Zelinsky</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>May 4, 2020</u>         By: <u>/s/Jai Bhatt</u>

                              Name: <u>Jai Bhatt</u>

                              Title: <u>Counselor</u>