United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 20-10217-pmm
Marybeth Zelinsky                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: John              Page 1 of 1          Date Rcvd: Jun 22, 2020
                              Form ID: 318            Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db              +Marybeth Zelinsky,    436 Buttonwood St.,    N. Catasauqua, PA 18032-2222
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14451087         Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
14451090         Commerical Acceptance Co.,    2300 Gettysburg Rd.,    Suite 102,    Camp Hill, PA 17011-7303
14451092         Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, PA 19178-1733
14451093        +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine Suite 100,
                  San Diego, CA 92108-3007
14451095        +Paramount Recovery,    Attn: Bankruptcy,    P.O. Box 23369,    Waco, TX 76702-3369
14451096         Penn Credit,    P.O. Box 69703,    Harrisburg, PA 17106-9703
14451098         Stephen Zelinsky,    436 Buttonwood St.,    Catasauqua, PA 18032-2222
14451099        +The Bureaus, Inc.,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QRHHOLBER.COM Jun 23 2020 08:23:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                  41 East Front Street,    Media, PA 19063-2911
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 05:08:15
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2020 05:09:44      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14451086        +EDI: GMACFS.COM Jun 23 2020 08:23:00      Ally Financial,    Attn: Bankruptcy,    P.O. Box 380901,
                  Bloomington, MN 55438-0901
14451088        +EDI: CAPIO.COM Jun 23 2020 08:23:00      Capio Partners LLC,    Attn: Bankruptcy,    P.O. Box 3498,
                  Sherman, TX 75091-3498
14451089        +EDI: CAPITALONE.COM Jun 23 2020 08:23:00      Capital One,    Attn: Bankruptcy,    P.O. Box 30285,
                  Salt Lake City, UT 84130-0285
14451091        +E-mail/Text: bncnotices@becket-lee.com Jun 23 2020 05:07:38      Kohls/Capital One,
                  Attn: Credit Administrator,    P.O. Box 3043,    Milwaukee, WI 53201-3043
14451097         EDI: PRA.COM Jun 23 2020 08:23:00      Portfolio Recovery,    Attn: Bankruptcy,
                  120 Corporate Blvd.,    Norfolk, VA 23502
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14451094*       +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Suite 100,
                  San Diego, CA 92108-3007
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
          JOHN R.K. SOLT    on behalf of Debtor Marybeth  Zelinsky jsolt.soltlaw@rcn.com,
           rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.axosfs.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Marybeth Zelinsky** | Social Security number or ITIN  **xxx–xx–4939** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **20–10217–pmm** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marybeth Zelinsky

6/22/20

**By the court:**  Patricia M. Mayer
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**